DAVID BERNSTEIN, as Trustee in Bankruptcy of H. N. VEDDER COMPANY, Appellant, v. HARRISON N. VEDDER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page, and Merrell, JJ.; Smith, J., dissenting.

DAVID BERNSTEIN, as Trustee in Bankruptcy of H. N. VEDDER COMPANY, Appellant, v. WESTPORT BANK AND TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

W. H. McELWAIN COMPANY, Respondent, v. LUIGI PRIMAVERA, Appellant. — Determination affirmed, with costs. No opinion. Motion for leave to appeal to Court of Appeals granted. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HACIENDA EL POTRERO, INC., Respondent, v. MEXICO CITY BANKING COMPANY, S. A., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JACOB JACOBSON, Respondent, v. HENRY BRODY, Impleaded with DORA BRODY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 2739, Held by DIEDRICH MEYER, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

RAMON J. BOERA and Another, Doing Business under the Firm Name of BOERA BROS., Appellants, v. CYP. FABRE & CIE., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ATLANTIC SALES COMPANY, a New Jersey Corporation, Respondent, v. EASTERN SHORE SHIPBUILDING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on Complaint of MARCELLA KOWALISZCY, Respondent, v. Doctor IGNATIUS REINA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.